UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARTEZE HALIBURTON,**<br><br>Plaintiff,<br><br>vs.<br><br>**CITY OF FERNDALE,** a Michigan Municipal Corporation, d/b/a **FERNDALE POLICE DEPARTMENT, BRANDON SZCZESNIAK, JUSTIN HARWOOD, KEVIN JEROME,** and **NATHAN BODENDORFER,** in their individual and official capacities**,**<br><br>Defendants. | 2:21-CV-10864-TGB-APP<br><br>**ORDER GRANTING IN PART, DENYING IN PART, DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

For the reasons stated on the Record during the January 31, 2021 Hearing, Defendants' Motion for Judgment on the Pleadings is **GRANTED IN PART** and **DENIED IN PART**.

With respect to Plaintiff's Fourth Amendment claim pursuant to 42 U.S.C. § 1983 (Count I):

- Defendants' motion to dismiss Plaintiff's claim against the City of Ferndale is **DENIED.** Accordingly, Plaintiff's claim against Brandon Szczesniak, Justin Harwood, and Nathan Bodendorfer

1

("Non-searching Defendant Officers") in their official capacity is **DISMISSED AS MOOT**.

- Defendants' motion to dismiss Plaintiff's claim against the Non-searching Defendant Officers in their individual capacity is **DENIED.**

With respect to Plaintiff's Fourteenth Amendment claim (Count II):

- Defendants' motion to dismiss Plaintiff's claim against the City of Ferndale is **GRANTED**.
- Defendants' motion to dismiss Plaintiff's claim against the Non-searching Defendant Officers in their individual and official capacity is **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 4, 2022   s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE